### JOSEPH McCLAY *vs.* JANE HOUSTON'S adm'r.

If an attachment clause be added to a fi. fa. on justice's judgment, the garnishees must be summoned to appear at the return of the execution.

Certiorari to justice McCaulley.
The only exception relied on in this case was to the execution which was made returnable on the 21st of March, 1835, and contained a clause for summoning the garnishees of the defendant to appear before the justice and answer on the 21st of February.

The act of assembly (sec. 30) makes the time for the appearance of the garnishees the same with the return day of the execution.

Execution set aside.

*Gilpin,* for McClay.
*Hamilton,* for Houston's adm'r.